Order affirmed, without costs, in the following memorandum: Contrary to the contention of the petitioner, the Secretary of State had power and jurisdiction to invalidate his independent
 
 *720
 
 nominating petition. Since the weight of evidence preponderates in favor of the findings of the Appellate Division, the order appealed from should he affirmed, without costs, on the opinion of that court. We would but add that, in reaching this decision, we have actually made our own tabulation and computations of the signatures in dispute.
 

 Concur: Chief Judge Fuld and Judges Burke, Gabrielli, J ones, Wachtler, Martuscello
 
 *
 
 and Shapiro
 
 *
 
 .
 

 *
 

 Designated pursuant to section 2 of article VI of the State Constitution in place of Breitel and Jasen, JJ.